FILED 17 SEP '26 10:25 USDC-ORP

UNDER SEAL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00365-AB** |
| **v.** | **INDICTMENT** |
| **MARQ TIMOTHY WILLIAMS,** | **21 U.S.C. § 841(a)(1), (b)(1)(C)**<br>**18 U.S.C. § 924(c)**<br>**18 U.S.C. § 922(g)(1)** |
| **Defendant.** | **Forfeiture Allegations** |

**COUNT 1**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(C))**

On or about July 24, 2025, in the District of Oregon, defendant **MARQ TIMOTHY WILLIAMS** did knowingly possess with intent to distribute a mixture or substance containing a detectable amount methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

**COUNT 2**
**(Possessing a Firearm During a Drug Trafficking Crime)**
**(18 U.S.C. § 924(c))**

On or about July 24, 2025, in the District of Oregon, defendant **MARQ TIMOTHY WILLIAMS** did knowingly possess a firearm, to wit: a Deerfield 67x 12 gauge pump action shotgun with an obliterated serial number, during a drug trafficking crime for which he may be

prosecuted in a court of the United States, that is, Count One herein, possession with intent to distribute methamphetamine in violation of Title 21 United States Code, Section 841(a)(1), and (b)(1)(C);

In violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 3**
**(Felon in Possession of a Firearm)**
**(18 U.S.C. § 924(g)(1))**

On or about July 24, 2025, in the District of Oregon, defendant **MARQ TIMOTHY WILLIAMS,** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

1) a felony conviction entered August 25, 2014, for delivery of methamphetamine within 1000 feet of a school, in the Oregon Circuit Court for Yamhill County Case Number 14CR02463; and

2) a felony conviction entered December 5, 2005, for delivery of a Schedule II controlled substance, in the Oregon Circuit Court for Yamhill County Case Number CR05763; and

defendant did knowingly possess a firearm, to wit: a Deerfield 67x 12 gauge pump action shotgun with an obliterated serial number, said firearm having been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

**FIRST FORFEITURE ALLEGATION**

Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment, defendant **MARQ TIMOTHY WILLIAMS** shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained,

directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

## SECOND FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts 3 or 4 of this Indictment, defendant **MARQ TIMOTHY WILLIAMS** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in that offense, including without limitation:

- A Deerfield 67x 12 gauge pump action shotgun with an obliterated serial number, and all associated ammunition and accoutrements seized from defendant on July 24, 2025.

## SUBSTITUTE ASSETS

If any forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

///

///

///

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated: September 17, 2026

A TRUE BILL

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

SARAH K. VOGEL, OSB #144559
Special Assistant United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney